IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**BRENT L. ALFORD,**

    **Plaintiff,**

    v.                                        CASE NO. 24-3022-JWL

**GORDON HARROD, et al.,**

    **Defendants.**

**O R D E R**

Plaintiff filed this pro se civil rights case under 42 U.S.C. § 1983. Plaintiff is in custody at the Ellsworth Correctional Facility in Ellsworth, Kansas. Plaintiff filed a complaint on February 8, 2024. (Doc. 1.) On February 9, 2024, the Court issued a notice of deficiency (Doc. 2) ordering Plaintiff to re-submit the complaint on Court-approved forms and directing Plaintiff to either file a motion to proceed without the prepayment of fees, along with the financial information required by 28 U.S.C. § 1915(a)(2), or to pay the full filing fee. The order provides that the failure to comply by March 11, 2024, may result in the dismissal of this matter without further notice. *Id*. Plaintiff has filed his complaint on Court-approved forms (see Doc. 3) but has not complied with the remainder of the notice as of the date of this order.

Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'" *Young v. United States*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)). "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met." *Id*. (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)). "In addition, it is well established in this circuit that a district court is

not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771–72 (citations omitted).

Plaintiff has failed to fully comply with the notice of deficiency by the Court's deadline.

**IT IS THEREFORE ORDERED THAT** this matter is **dismissed without prejudice** under Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

**Dated March 19, 2024, in Kansas City, Kansas.**

<u>S/ John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**