Jon D. Graves, Legal Counsel, SC #10554
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568
Telephone: (620) 625-7253
Jon.Graves@ks.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| BRENT L. ALFORD #57845 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-3022-JWL |
| ) | |
| GORDON HARROD, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MOTION TO FILE UNDER SEAL AND CONVENTIONALLY**
**EXHIBIT 16 TO INVESTIGATIVE REPORT**
**PREPARED PURSUANT TO "MARTINEZ V. AARON"**

Comes now, Jon D. Graves, Legal Counsel directed to prepare a Martinez Report in the above captioned matter and respectfully moves the Court pursuant to local rule 5.4.6 for permission to file certain exhibits under seal and conventionally to be considered as a part of the Martinez Report in the above captioned matter.

In Support of this Motion, Counsel would state as follows:

1.  Pursuant to Local Rule 5.4.6 counsel must file a motion for leave to file documents under seal or conventionally in the Electronic Filing System.

2.  The document sought to be filed conventionally is Exhibit 16. The document sought to be filed under seal is Exhibit 16.

3.  Exhibit 16 is the plaintiff's medical record from January 1, 2017 to July 8, 2024, contained on CD.  The size of the record is 515 megabytes of data which is more than 3300 pages of text.  Plaintiff will not be provided a CD with a copy of Exhibit 16, but will have access to a laptop computer with the information loaded onto it.

4.  Due to the number of redactions necessary to properly prepare the full record, it is not feasible for counsel directed to prepare this Martinez Report to hand redact each page.  This justifies sealing the full medical record from viewing by those other than the parties or their attorneys.

5.  Due to the volume of the text of Exhibit 16, it is too big to transmit electronically and too large practically to print off the entire record.  This justifies allowing the single CD to be conventionally filed with this substantial amount of data on it.

The Court is respectfully requested to allow Legal Counsel to file Exhibit 16 conventionally and under seal with copy provided to plaintiff.

Respectfully submitted,

By\_\_\_/s/ Jon D. Graves_____

Jon D. Graves #10554
P.O. Box 1568
Hutchinson, KS 67504-1568
(620) 625-7253
Jon.Graves@ks.gov
**Attorney for Interested Party**

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Brent Alford #57845
Ellsworth Correctional Facility
P.O. Box 107
Ellsworth, KS 67439-0107
   **PLAINTIFF PRO SE**

/s/ Jon D. Graves_____
Jon D. Graves